LOUIS BOSSERT et al., Respondents, *v.* EDWARD R. POERSCHKE, Appellant.

*Bossert* v. *Poerschke*, 80 App. Div. 641, affirmed.
(Submitted February 19, 1904; decided March 4, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1903, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Jacob Fromme* for appellant.

*J. Stewart Ross* and *Frank Obernier* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: GRAY, J.